845 A.2d 105

ELLEN LEBITZ–FREEMAN, PLAINTIFF–APPELLANT,
v. MARY LEBITZ, DEFENDANT–RESPONDENT.

October 8, 2003.

## ORDER

This matter having come before the Court on a grant of plaintiff's petition for certification from the judgment of the Appellate Division, which has been reported at 353 *N.J.Super.* 432, 803 *A.*2d 156 (2002),

And the Court having reviewed the record and having scheduled the appeal for oral argument,

And the parties having filed a formal stipulation of settlement as to all issues,

And good cause appearing;

IT IS ORDERED that the appeal is dismissed as moot. The Court takes no position on the opinion of the Appellate Division.